Entered on Docket
December 23, 2010

_____
Hon. Gregg W. Zive
United States Bankruptcy Judge

1  
2  
3  
4  
5  WILDE & ASSOCIATES
6  Gregory L. Wilde, Esq.
   Nevada Bar No. 004417
7  212 South Jones Boulevard
8  Las Vegas, Nevada 89107
   Telephone: 702 258-8200
9  Fax: 702 258-8787
   bk@wildelaw.com,
10
11 Wells Fargo Bank, N.A.
   10-74198
12
13            UNITED STATES BANKRUPTCY COURT
14                  DISTRICT OF NEVADA

| In Re: | Bk Case Number: 10-54161-gwz |
|---|---|
| Charles Grubb | Date:  12/14/2010<br>Time: 10:00 am |
| | Chapter 7 |
| Debtor(s). | |

### ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that relief from the Automatic Stay is granted in the above-entitled bankruptcy proceeding regarding the subject property described as 7096 Sacred Circle , Sparks, NV  89436.

///

///

///

IT IS SO ORDERED this _____ day of _____, 2010

Submitted by:
**WILDE & ASSOCIATES**

*[signature]* #10741

Gregory L. Wilde, Esq.
Attorney for Secured Creditor

APPROVED / DISAPPROVED

_____
Charles Grubb
**Pro Se**

APPROVED / DISAPPROVED

_____
**W. Donald Gieseke**
Chapter 7 Trustee

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_ The court has waived the requirements set forth in LR 9021(b)(1).

\_\_\_\_ No party appeared at the hearing or filed an objection to the motion.

__X__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or          __X__ failed to respond to the document

\_\_\_\_ appeared at the hearing, waived the right to review the order

\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or          __X__ failed to respond to the document

\_\_\_\_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty and perjury that the foregoing is true and correct.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor